

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00411-CV

| | | |
|---|---|---|
| DAMARIS MCCALLEY, Appellant | § | On Appeal from the 17th District Court |
| V. | | |
| | § | of Tarrant County (017-312809-19) |
| DR. CLIFTON LYNDELL COX II, METHODIST SOUTHLAKE HOSPITAL, AND DR. OLEFEMI ABIODUN, | § | July 29, 2021 |
| Appellees | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM